RHONDA D. KRAEBER, SBN 154665
**KRAEBER LAW OFFICE**
4510 O'Hara Ave., Ste. A
Brentwood, CA 94513
Telephone: (925) 513-1264
Facsimile: (925) 626-4224
Rhonda@KraeberLaw.com

Attorneys for Plaintiff
DARNELL CAMEL

THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARNELL CAMEL, <br><br> Plaintiff, <br><br> vs. <br><br> LOWES HIW, INC., a Washington corporation; AND DOES 1 through 50, inclusive, <br><br> Defendants. | No. 3:14-CV-02943-JCS <br><br> [proposed] <br> **ORDER TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE** |

### ORDER

IT IS HEREBY ORDERED THAT, good cause appearing, the Initial Case Management Conference shall be continued from September 26, 2014 to October 10, 2014. Joint case management conference statement due 10/3/14.

SO ORDERED.

Dated: 08/29/14

Hon. JCS / Judge Joseph C. Spero

*[Stamp: IT IS SO ORDERED AS MODIFIED — United States District Court, Northern District of California]*